AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Aricelma de Oliveira <br> *Petitioner* <br> v. <br> U.S. Department of Homeland Security, U.S Immigration Custom Enforcement (ICE) <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) ) ) ) ) ) ) ) ) ) ) Case No. _____ <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Aricelma de Oliveira
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Laredo Detentions Center
   (b) Address: 4702 East Saunders St., Laredo TX 78401

   (c) Your identification number: A-096-230-649
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   U.S Department of Homeland Security - DHS, Immigration Customs Enforcement - ICE
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention
☑ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: U.S Immigration and Customs Enforcement (ICE)

   (b) Docket number, case number, or opinion number: A-096-230-649
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Expedite removal and violation to due process.

   (d) Date of the decision or action: 05/27/2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❏ Yes        ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: Petitioner is detained without giving a court hearing her case does not show in Immigration data base and this way Counsel's Petitioner is not able to appeal the the decision, file a grievance, or seek any administrative remedy.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes        ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: **Because Petitioner was never given an opportunity to be heard.**

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: **Because Petitioner was never given an opportunity to be heard.**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☑ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes   ☐ No

        If "Yes," provide:
        (1)  Name of court: _____
        (2)  Case number: _____
        (3)  Date of filing: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
        ☐ Yes        ☑ No
        If "Yes," provide:
        (1)  Name of court: _____
        (2)  Case number: _____
        (3)  Date of filing: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because this is an Immigration Detention and there was never a hearing, so there is no need to appeal.

11.  **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☑ Yes        ☐ No
        If "Yes," provide:
    (a)  Date you were taken into immigration custody: 05/27/2025
    (b)  Date of the removal or reinstatement order: 06/10/2025
    (c)  Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes        ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

    (d)    Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

   **GROUND ONE**:   Unlawful immigration detention under final order without bond or access to relief.

   (a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
   Petitioner was detained on May 27th, 2025 and was taken to ICE Custody when coming from Court to pay a Traffic violation, and she was sent to detention at Karnes County Immigration Processing Center since then. She was given notice that she was going to be deported on June 10th, 2025. She does not given a Notice to Appear in Immigration Court and she was told that she was given a final order of deportation and she wants to challenge her detention.

   (b) Did you present Ground One in all appeals that were available to you?
   ☐ Yes        ☑ No

   **GROUND TWO**:   Due process violations during ICE detention.

   (a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
   No notice has been given prior to her deportation.

   (b) Did you present Ground Two in all appeals that were available to you?
   ☐ Yes        ☑ No

   **GROUND THREE**:   Humanitarian and equitable considerations support her release.

   (a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
   Petitioner has strong ties in the U.S., no criminal history, she is married to a U.S. citizen and has a U.S citizen son Her removal would cause extreme hardship and irreparable harm to her and her family.

   (b) Did you present Ground Three in all appeals that were available to you?
   ☐ Yes        ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

    (a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

    (b)  Did you present Ground Four in all appeals that were available to you?
    ❏ Yes          ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do:  Petitioner asks the Court to give her an opportunity to be heard by an Immigration Judge, and present her defense for relief before being deported.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
This petition has been filed by my Attorney on 06/09/2025.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    06/09/2025

Aricelma de Oliveira, Detained
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*